UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE BARNES,<br><br>                 Plaintiff,<br><br>-v-<br><br>GARLAND, et al.,<br><br>                 Defendants. | CIVIL ACTION NO.: 22 Civ. 175 (AJN) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for General Pretrial Supervision. (ECF No. 9). On February 8, 2022, Plaintiff filed an affidavit of service reflecting service on Defendant on February 1, 2022. (ECF No. 11). Accordingly, Defendant's deadline to answer, move against, or otherwise respond to the Complaint was February 22, 2022. Defendant has not appeared in this action or responded to the Complaint. Accordingly, as a one-time courtesy, the Court EXTENDS Defendant's deadline, nunc pro tunc, to **Thursday, March 24, 2022**. Should Defendant fail to timely appear or respond to the Complaint on that date, the Court will direct Plaintiff to request a Certificate of Default.

Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of service by **Monday, March 14, 2022**.

Dated:     New York, New York
             March 10, 2022

                                                      SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge