UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE BARNES,

                Plaintiff,

-v-

MERRICK B. GARLAND, United States Attorney General et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 175 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Tuesday, July 5, 2022**, the parties shall file a joint status report concerning the status of mediation.

Dated:      New York, New York
             June 2, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**