UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE BARNES,<br><br>                      Plaintiff,<br><br>  -v-<br><br>MERRICK B. GARLAND, Attorney General,<br><br>                     Defendant. | CIVIL ACTION NO.: 22 Civ. 175 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to file by June 14, 2023 a joint letter certifying the completion of fact discovery in this matter. (ECF No. 46). The parties did not do so. By **June 22, 2023**, the parties shall file a joint letter confirming that fact discovery is complete.

Dated:        New York, New York
                June 15, 2023

                                                               SO ORDERED.

                                                               _____
                                                               SARAH L. CAVE
                                                               **United States Magistrate Judge**