UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE BARNES,

           Plaintiff,

-v-

MERRICK B. GARLAND, Attorney General,

           Defendant.

CIVIL ACTION NO.: 22 Civ. 175 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

All discovery having been completed in this matter, the parties shall, by **July 28, 2023**, file a joint letter indicating whether any party is intending to file a pre-trial motion for summary judgment. The parties shall also indicate whether they would like to be referred to another Magistrate Judge for a settlement conference.

Dated:     New York, New York
            July 24, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**