# BALLON STOLL P.C.

COUNSELLORS AT LAW          FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900
Fx: 212-764-5060

www.ballonstoll.com
MARSHALL B. BELLOVIN, ESQ.
mbellovin@ballonstoll.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   08/05/2024
```

August 5, 2024

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10017

**MEMO ENDORSED**

Re:    ***Barnes v. Garland, et al.,* Case No. 22-cv-00175 (SLC)**

Dear Magistrate Judge Parker:

This office represents Plaintiff Christine Barnes in the above-referenced action. We write to the Court to respectfully request an adjournment of the Settlement Conference scheduled for Thursday, August 8, 2024, at 10:00 a.m. before Your Honor. This adjournment is requested due to the recent and immediate departure of the attorney that was assigned to this matter.

The Government takes no position on our request to adjourn the Settlement Conference.

For purposes of rescheduling, Counsel for both parties are unavailable on the following dates between the date of this Letter and the end of the September: August 12–16; August 20–21; August 28–30; September 2–4; and September 11–16. This is Plaintiff's first request for the adjournment of the scheduled Settlement Conference.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

BALLON STOLL P.C.

*s/Marshall B. Bellovin*
Marshall B. Bellovin, Esq. (MB 5508)

Cc: Counsel of record (via ECF)

**APPLICATION GRANTED:**  The  settlement conference in this matter scheduled for Thursday, August 8, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, October 31, 2024 at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 24, 2024 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/05/2024