UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE BARNES,

                Plaintiff,

-v-

MERRICK B. GARLAND, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 175 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 83 and orders as follows:

1. The parties shall complete expert discovery by **Monday, January 13, 2025** and file a letter certifying the close of discovery by **Monday, January 20, 2025**.

2. A telephonic status conference is scheduled for **Monday, January 6, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 824-480-571#, at the scheduled time.

Dated:    New York, New York
             November 13, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**