UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE BARNES,

                Plaintiff,

-v-

MERRICK B. GARLAND, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 175 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, January 6, 2025, the Court orders as follows:

1. The parties' deadline to complete expert discovery is EXTENDED to **Friday, February 21, 2025**.

2. By **Friday, February 28, 2025**, the parties shall file a joint letter:

    a. Certifying the completion of discovery; and

    b. Advising the Court whether they wish to engage in further settlement talks with the assistance of the Honorable Katharine H. Parker or (i) proposing a schedule for dispositive motion practice or (ii) advising the Court that they intend to proceed to trial.

Dated:     New York, New York
            January 6, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**